IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| TOMMIE KYLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 22-cv-2371 |
| v. | ) |
| | ) |
| C. JACKSON-WEBB, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation (the "Report") filed by Magistrate Judge Pham on July 14, 2022. (ECF No. 6.) In the Report, the Magistrate Judge recommends that Plaintiff Tommie Kyle's Complaint be dismissed sua sponte pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report and Recommendation have been filed, and the time for filing objections expired on July 28, 2022. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes.  There is no clear error in the Report.  The Court ADOPTS the Report in its entirety, and the Complaint is DISMISSED.

So ordered this 1st day of August, 2022.

/s/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE